NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 16a0468n.06

No. 15-2291

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

FILED
Aug 12, 2016
DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| ASF3, INC., dba Easy Shop Party Store, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE |
| | ) | UNITED STATES DISTRICT |
| UNITED STATES OF AMERICA, | ) | COURT FOR THE EASTERN |
| | ) | DISTRICT OF MICHIGAN |
| Defendant-Appellee. | ) | |
| | ) | |
| | ) | |
| | ) | |

**BEFORE:** **SILER, BATCHELDER, and GIBBONS, Circuit Judges.**

**JULIA SMITH GIBBONS, Circuit Judge.** Plaintiff-appellant ASF3, Inc., d/b/a Easy Shop Party Store (Easy Shop), appeals from the district court's grant of summary judgment to the government regarding the decision of the United States Department of Agriculture, Food and Nutrition Service (FNS) to permanently disqualify Easy Shop from participation in the federal food stamp program. The FNS determined that Abdullah Farah, the owner and sole shareholder of Easy Shop, provided false information on his application for Easy Shop to participate in the Supplemental Nutrition Assistance Program (SNAP). Specifically, the FNS found that Farah failed to disclose, in response to specific questions on the SNAP application that sought such information, that his mother, Nadira Kharoubeh, who had previously been permanently disqualified from participation in the program for trafficking in food stamps, was financially and/or operationally involved in Easy Shop.

After carefully reviewing the record, the applicable law, and the parties' briefs, we find that the district court's opinion correctly sets out the facts and the governing law. Because this court's issuance of a full opinion would serve no jurisprudential purpose and would be duplicative, we affirm on the basis of the district court's well-reasoned opinion of September 29, 2015.